**William WHITTMAN, Plaintiff–Appellant,**

v.

**State of VIRGINIA; Virginia Employment Commission; Circuit Court of Arlington, Virginia, Defendants–Appellees,**

**David A. BELL, Movant.**

No. 02–2440.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided March 25, 2003.

William Whittman, Appellant Pro Se. Kevin Osborne Barnard, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William Whittman appeals the district court's order dismissing his discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Whittman v. Virginia,* No. CA–02–1362–A (E.D.Va. Nov. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*